IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Deborah Laufer,** | : |
| **Plaintiff,** | : |
| v. | : Case No.: 5:21-cv-01327-BKS-ML |
| **MJ Cayuga, LLC,** | : |
| **Defendant.** | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), both parties voluntarily stipulate that all claims, disputes, and controversies between them in this matter are dismissed, with prejudice, and that each party shall bear its/her own attorney fees, costs and expenses of litigation.

Respectfully submitted on May 25, 2022.

*/s/ Tristan W. Gillespie*
Tristan W. Gillespie

THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022
Gillespie.tristan@gmail.com
404-276-7277

ATTORNEYS FOR PLAINTIFF

*/s/ Robert J. Thorpe*
Robert J. Thorpe

Barclay Damon LLP - Syracuse Office
125 East Jefferson Street
Syracuse, NY 13202
315-413-7231
rthorpe@barclaydamon.com

ATTORNEYS FOR DEFENDANT

IT IS SO ORDERED:

Brenda K. Sannes
U.S. District Judge

Dated: May 25, 2022
Syracuse, NY